UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **RUFUS WILLIAMS,** | ) | CV NO.  14-6117-CAS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **E. VALENZUELA,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: <u>October 23, 2014</u>

                                                /s/ Christina A. Snyder
                                                Christina A. Snyder
                                                United States District Judge